Opinion filed July 26, 1929.

John H. Meyer, for appellant.    J. W. Browning and C. A. White-side, for appellee.

Mr. Justice Wolfe delivered the opinion of the court.

**Anna Suttles, plaintiff in error, v. Jacob Zimmerman, defendant in error.**

Opinion filed July 26, 1929.

G. P. Denton and Harold J. Taylor, for plaintiff in error.    Jacob Zimmerman, for defendant in error.

Mr. Justice Wolfe delivered the opinion of the court.

**Cecelia Drone, appellee, v. City of Belleville and City of East St. Louis, appellants.**

Opinion filed July 26, 1929.

Arthur W. Peth, City Attorney, Dan McGlynn, Jr., Corporation Counsel and L. N. Nick Perrin, Jr., for appellants.    Eugene W. Kreitner and A. B. Davis, for appellee.

Mr. Justice Wolfe delivered the opinion of the court.

**Zardia S. Koontz, appellee, v. Continental-Commercial Finance Corporation, appellant.**

Opinion filed July 26, 1929.

Griffith & Lueders, for appellant.    Robert F. White, for appellee.

Mr. Justice Wolfe delivered the opinion of the court.